# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERA DONAHUE,<br><br>   Plaintiff,<br><br> v.<br><br>WANDER BEAUTY, INC., WANDER BEAUTY, LLC., and DOES 1-5<br><br>   Defendants. | Civil Action No. 2:19-cv-2098 |

## STIPULATION FOR DISMISSAL

Plaintiff, TERA DONAHUE, and Defendants WANDER BEAUTY, INC. and WANDER BEAUTY, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, in its entirety. The dismissal shall include all claims as between TERA DONAHUE, WANDER BEAUTY, INC., WANDER BEAUTY, LLC, their predecessors, successors, affiliates, assigns and additional Released Parties as identified in the parties' settlement agreement;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 5, 2019

| | |
|---|---|
| */s/ Benjamin J. Sweet* | /s/ *Grant J. Mabie* |
| Benjamin J. Sweet | Grant J. Mabie |
| ben@sweetlawpc.com | gjm@hsbattorneys.com |
| **THE SWEET LAW FIRM, P.C.** | **HEIN SCHNEIDER & BOND P.C.** |
| 1145 Bower Hill Road, Suite 104 | 147 North Meramec Avenue |
| Pittsburgh, Pennsylvania 15243 | St. Louis, Missouri 63105 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed with the Clerk's Office through the Court's CM/ECF system, will be sent electronically to the registered participants as identified on the notification of electronic filing (NEF) and paper copies will be sent those indicated as non-registered participants on September 5, 2019.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet